NESBIT, Respondent, v. BRAKER, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by David M. Nesbit against Henry J. Braker. W. S. Haskell, for appellant. F. M. Avery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

NEW JERSEY STEEL & IRON CO. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by the New Jersey Steel & Iron Company against Andrew J. Robinson and others. No opinion. Motion denied, with $10 costs.

---

NICK, Appellant, v. DONOVAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by James Nick against Louise Donovan and John Donovan. No opinion. Judgment of the Municipal Court reversed on argument, and new trial ordered, costs to abide the event, on the ground that the court erred in holding that it had not the power to allow the plaintiff to reopen his case under the circumstances disclosed by the record.

---

NIMS, Respondent, v. MERRITT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Alvin F. Nims against Edwin A. Merritt, Jr., and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the law and the facts, unless the respondent stipulates that said judgment be modified, by reducing the allowance for rock excavation, at $2.90 per yard, to 3,860 yards, and also by reducing the allowance for interest to an amount to be computed upon the balance, after the foregoing deduction, from June 26, 1899, the date when this action was commenced. In the event that said modification is stipulated, said judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party.

---

OAK GROVE LAND CO., Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by the Oak Grove Land Company against the city of Buffalo. No opinion. Judgment affirmed, with costs.

---

OCEAN CAUSEWAY OF LAWRENCE, LONG ISLAND, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by the Ocean Causeway of Lawrence, Long Island, against Frederick L. Gilbert.

PER CURIAM. Judgment affirmed, without costs, on the authority of Ocean Causeway v. Gilbert, 54 App. Div. 118, 66 N. Y. Supp. 401.

---

O'CONNELL, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Annie O'Connell against the Fidelity & Casualty Company. No opinion. Motion denied.

---

O'DONNELL, Appellant, v. REEBER, Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Mary F. O'Donnell against George A. Reeber. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

O'DONOHUE et al., Respondents, v. CRONIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Mary Agnes O'Donohue and Isabella Amy against John F. Cronin and Newbold T. Lawrence, executors, etc. No opinion. Judgment and orders affirmed, with costs, on the authority of O'Donohue v. Cronin, 62 App. Div. 379, 70 N. Y. Supp. 737.

---

OGDEN et al. v. CLARK et al. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Samuel B. Ogden and others against W. Irving Clark and others. No opinion. Motion denied.

---

O'SHEA, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 12, 1903.) Action by Daniel O'Shea, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Motion denied.

---

O'SULLIVAN, Appellant, v. KNOX, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Anna O'Sullivan against Charles B. Knox. No opinion. Order amended, and, as amended, entered in clerk's office.

---

PADBURY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Sarah E. Padbury against the Metropolitan Street Railway Company. H. Melville, for appellant. L. J. Grant, for respondent. No opinion. Judgment and order affirmed, with costs.